IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-mj-01011

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUCINDA WEST,

    Defendant.

---

**ORDER FOR RECUSAL**

---

  THIS MATTER arises *sua sponte*.  Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which is impartiality might be reasonably questioned."  The undersigned finds that personal circumstances require his recusal pursuant to 28 U.S.C. § 455(a).

  Accordingly, it is ORDERED that the undersigned judge hereby recused himself from hearing this matter.  The Clerk of Court shall assign another magistrate judge to this case.

  DATED at Denver, Colorado, this 17th day of January, 2006.

        BY THE COURT:

        s/ Craig B. Shaffer
        _____
        Craig B. Shaffer
        United States Magistrate Judge