**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 06-MJ-01011-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. LUCINDA M. WEST,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge held a telephone status conference on January 30,, 2006 with William Taylor, AUSA, and Martha H. Eskesen, counsel for the Defendant.  As a result of that telephone status conference,

**IT IS HEREBY ORDERED** that the Government shall have until February 15, 2006 to file its responses to the Defendant's motions filed on January 17, 2006.

The status conference previously set in this matter for February 10, 2006 at 1:30 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that this matter is set for an additional telephone status conference with the Magistrate Judge on February 17, 2006 at 3:00 p.m.  The telephone conference shall be initiated by counsel for the Government.

**DATED: January 30, 2006**

           **BY THE COURT:**

           **s/David L. West**

**United State Magistrate Judge**